UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MARIE TENUTO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WACHOVIA MORTGAGE, A division of Wells Fargo Bank, N.A. (formerly known as World Savings Bank, FSB and Wachovia Mortgage, FSB) and DOES 1 through 9 inclusive,<br><br>　　　　Defendants. | Case No.: 3:12-CV-03830 CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Based on the stipulation of the parties, the Court orders as follows:

The Case Management Conference in this matter currently scheduled of October 26, 2012 is continued to __**December 7, 2012**__, 2010 at 8:30 a.m. The parties are required to submit a joint case management statement pursuant to Rule 16 seven days prior to that date.

The time for Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. (f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB), to file a response to the complaint is extended to November 19, 2012.

///

///

IT IS SO ORDERED.

Dated: _____October 24_, 2012



HONORABLE
United States District Judge