Diane Marie Tenuto
81 Fountainhead Court
Martinez, California 94553
(925)876-5709
dianetteach@aol.com
Plaintiff in Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DIANE MARIE TENUTO,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE, A division of Wells Fargo Bank, N.A. (formerly known as World Savings Bank, FSB and Wachovia Mortgage, FSB) and DOES 1 through 9 inclusive,<br><br>Defendants. | Case No: 12-CV-03830 CRB<br><br>**PLAINTIFF'S REQUEST THE COURT TO DISMISS THE COMPLAINT WITHOUT PREJUDICE**<br><br>**ORDER** |

I, Diane Marie Tenuto, request the court to dismiss her complaint without prejudice. The Plaintiff needs the help of an attorney to revise her complaint.

Dated: January 22, 2012

Respectfully submitted,

Diane Marie Tenuto

IT IS SO ORDERED
Judge Charles R. Breyer

Signed: January 24, 2013

[1]